UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OFA TAIMANI AND ELIZABETH KIOA**,<br><br>Plaintiffs,<br><br>v.<br><br>**RESIDENTIAL MORTGAGE LOAN TRUST 2013-TT2**, *et al.*<br><br>Defendants. | Case No.  16-cv-02992-YGR<br><br>**ORDER GRANTING REQUEST TO FILE AMENDED COMPLAINT; VACATING HEARING ON MOTION TO DISMISS; DENYING REQUEST TO CONTINUE ADR CONFERENCE**<br><br>Re: Dkt. Nos. 18, 19 |

*Pro se* plaintiffs Ofa Taimani and Elizabeth Kioa seek an extension of time to file an amended complaint in lieu of an opposition to defendants' pending motion to dismiss. (Dkt. No. 19.) Plaintiffs' request is **GRANTED**. No later than **August 19, 2016**, plaintiffs shall file either (i) an amended complaint, or (ii) an opposition to the pending motion to dismiss. Failure to comply may result in dismissal of the case for failure to prosecute.

In light of plaintiffs' request to file an amended complaint, the hearing on defendants' motion to dismiss currently scheduled for August 16, 2016 is **VACATED** to be reset if necessary.

Plaintiffs also seek to continue the ADR telephone conference currently scheduled for this Friday, July 29, 2016 at 10:00 a.m. (Dkt. No. 18.) This request is **DENIED**. Plaintiffs are directed to call into the number provided by the ADR program at the scheduled time.

This Order terminates Docket Numbers 18 and 19.

**IT IS SO ORDERED.**

Dated: July 27, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**