1  Arasto Farsad, Esq. (SBN 273118)
2  Chi Dinh, Esq. (SBN 273631)
   FARSAD LAW OFFICE, P.C.
3  2905 Stender Way, Suite 76
   Santa Clara, CA 9505
4  Tel: (408) 641-9966 / Fax: (408) 866-7334
   farsadlaw1@gmail.com
5
6  Attorneys for Plaintiff
   OFA TAIMANI & ELIZABETH KIOA
7
8  Abe Gordon Salen, Esq. (SBN 182366)
   The Wolf Firm, A Law Corporation
9  2955 Main Street, Second Floor
   Irvine, CA 92614
10 Tel: (949) 720-9200 / Fax: (949) 608-0129
   abe.salen@wolffirm.com
11
12 Attorneys for Defendants, RESIDENTIAL MORTGAGE LOAN Trust 2013-TT2, by U.S. Bank
   National Association, not in its Individual Capacity, but solely as Legal Title Trustee; and
13 WELLS FARGO BANK, N.A., as Certificate Trustee for the Registered Holders of VNT Trust
   Series 2010-2

14                          UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

16

17 | OFA TAIMANI & ELIZABETH KIOA, | Case No.  4:16-CV-02992-YGR
18 |                               | Assigned to:
   |          Plaintiffs,          | Hon. Judge Yvonne Gonzalez Rogers
19 |                               |
20 |          v.                   | **JOINT STIPULATION REGARDING DISMISSAL WITH PREJUDICE**
21 | RESIDENTIAL MORTGAGE LOAN     |
   | TRUST 2013-T2, et. al.,       | Complaint filed: 6/3/16
22 |                               | Trial date: None set
23 |          Defendants.          |

24

25

26

27         Pursuant to a confidential settlement agreement executed by the parties on May 24, 2017,

28 Plaintiffs OFA TAIMANI and ELIZABETH KIOA and Defendants RESIDENTIAL

                                              1                    CASE NO. 4:16-CV-02992-YGR
                                                                   JOINT STIPULATION RE DISMISSAL

1  MORTGAGE LOAN Trust 2013-TT2, by U.S. Bank National Association, not in its Individual
2  Capacity, but solely as Legal Title Trustee, and WELLS FARGO BANK, N.A., as Certificate
3  Trustee for the Registered Holders of VNT Trust Series 2010-2, by and through their attorneys of
4  record, hereby stipulate and agree as follows:

6     1.   The action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii);
7     2.   Each party shall bear their own fees and costs.

9  IT IS SO STIPULATED.

11  Date:  **May 25, 2017**           Respectfully submitted.

   FARSAD LAW OFFICE, P.C.

   By:*/s/ Arasto Farsad*
   Arasto Farsad, Esq.
   Attorneys for Plaintiffs
   OFA TAIMANI and ELIZABETH KIOA

17  Date:  **May 25, 2017**           THE WOLF FIRM, A LAW CORPORATION

   By: */s/ Abe G. Salen*
   Abe G. Salen, Esq. (SBN 182366)
   Attorneys for Defendants
   RESIDENTIAL MORTGAGE LOAN Trust 2013-TT2, by U.S. Bank National Association, not in its Individual Capacity, but solely as Legal Title Trustee, and WELLS FARGO BANK, N.A., as Certificate Trustee for the Registered Holders of VNT Trust Series 2010-2

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Santa Clara, California; my business address is Farsad Law Office, P.C., 2905 Stender Way #76, Santa Clara, California, 95054.

On the date below, I served a copy of the foregoing document entitled:

**JOINT STIPULATION REGARDING DISMISSAL WITH PREJUDICE**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System:**

*Attorneys for Defendants*
Abe G. Salen, Esq. (SBN 182366)
Email:  Abe.Salen@wolffirm.com
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on **May 25, 2017**.

| Marc Light | */s/ Marc Light* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |