UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| OFA TAIMANI & ELIZABETH KIOA,<br><br>  Plaintiffs,<br><br>  v.<br><br>RESIDENTIAL MORTGAGE LOAN TRUST 2013-T2, et. al.,<br><br>  Defendants. | Case No.  4:16-CV-02992-YGR<br>Assigned to:<br>Hon. Judge Yvonne Gonzalez Rogers<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: 6/3/16<br>Trial date: None set |

Pursuant to the terms of the confidential settlement agreement and the Joint Stipulation Regarding Dismissal executed by the parties, Plaintiffs OFA TAIMANI and ELIZABETH KIOA and Defendants RESIDENTIAL MORTGAGE LOAN Trust 2013-TT2, by U.S. Bank National Association, not in its Individual Capacity, but solely as Legal Title Trustee, and WELLS FARGO BANK, N.A., as Certificate Trustee for the Registered Holders of VNT Trust Series 2010-2, and for Good Cause appearing: IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The above-entitled action against is dismissed *with prejudice*;
2. Each party shall bear their own fees and costs; *and*
3. The Court shall close its file.

DATED:  May 26            , 2017

_____
The Hon. Yvonne Gonzalez Rogers
United States District Judge

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Santa Clara, California; my business address is Farsad Law Office, P.C., 2905 Stender Way #76, Santa Clara, California, 95054.

On the date below, I served a copy of the foregoing document entitled:

**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System:**

*Attorneys for Defendants*
Abe G. Salen, Esq. (SBN 182366)
Email:  Abe.Salen@wolffirm.com
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **May 25, 2017**.

| Marc Light | */s/ Marc Light* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |